AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B. | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>5/3/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Suite 5260, US Post Office & Courthouse<br>Seventh Avenue & Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 11 A 10:10
RECEIVED
FINANCIAL DISCLOSURE OFFICE

Fischer, Nora B.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 9/30/09 to 10/1/09 | Farmington, PA | Activity of professional assoc or civic organization | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American AMCAP Fund | A | Dividend | L | T | | | | | |
| 5. - American Europacific Growth | B | Dividend | L | T | | | | | |
| 6. - Dodge & Cox Stock | A | Dividend | L | T | | | | | |
| 7. - Federated Kaufman Small Cap Fund CL A | A | Dividend | L | T | | | | | |
| 8. - FPA New Income | B | Dividend | L | T | Buy (add'l) | 9/4/2009 | K | | |
| 9. - T Rowe Price International Bond | B | Dividend | K | T | | | | | |
| 10. - Prime Fund Cap Reserves | A | Interest | K | T | | | | | |
| 11. - Champlain Small Company Fund Adv Cl | A | Dividend | K | T | Sold (part) | 09/01/09 | L | | |
| 12. - Chesapeake Core Growth Fund | A | Dividend | L | T | | | | | |
| 13. - Eaton Vance Large-Cap Value Cl A | A | Dividend | L | T | | | | | |
| 14. - Forward Internt'l Small Co-Instit shs | A | Dividend | L | T | | | | | |
| 15. - Oakmark Internt'l Small Cap I | B | Dividend | L | T | | | | | |
| 16. - Pioneer Equity Income Cl A | B | Dividend | L | T | | | | | |
| 17. - SouthernSun Small-cap N/C | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 19.   - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 20.   - Virtus Foreign Opportunities Cl A | B | Dividend | L | T | | | | | |
| 21.   - Eaton Vance Floating Rate Advantage Adv | C | Dividend | L | T | | | | | |
| 22.   - Loomis Sayles Bond Retail Shares | B | Dividend | K | T | | | | | |
| 23.   - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 24.   - PIMCO Real Return Class A | B | Dividend | L | T | Buy (add'l) | 09/04/09 | K | | |
| 25.   - Vanguard Short Term Invmt Grade Investor | C | Dividend | L | T | | | | | |
| 26.   - Vanguard Short Term Federal | B | Dividend | L | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29.   Qualified Plan #4 | | | | | | | | | |
| 30.   - TIAA Traditional | D | Interest | M | T | Distributed (part) | 03/06/09 | K | | |
| 31.   - CREF Global Equities | A | Dividend | J | T | | | | | |
| 32.   - CREF Money Market | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34.   Qualified Plan #5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Causeway International | A | Dividend | L | T | | | | | |
| 36.    - Federated US Govt Sec | B | Dividend | L | T | | | | | |
| 37.    - PIMCO Low Duration | C | Dividend | L | T | | | | | |
| 38.    - Federated FD US Govt Sec | A | Dividend | K | T | | | | | |
| 39.    - PIMCO Total Return Cl A | C | Dividend | L | T | | | | | |
| 40.    - PIMCO Foreign Bond | A | Dividend | J | T | | | | | |
| 41.    - American Capital World Bond | B | Dividend | K | T | | | | | |
| 42.    - Davis New York Venture | A | Dividend | L | T | | | | | |
| 43.    - Artisan International | A | Dividend | L | T | | | | | |
| 44.    - MFS International New Disc Cl A | A | Dividend | L | T | | | | | |
| 45.    - Royce Microcap Investment Class | B | Dividend | M | T | | | | | |
| 46.    - Fidelity, Prime Fund | A | Dividend | L | T | | | | | |
| 47.    - Phoenix Real Estate Value | A | Dividend | K | T | | | | | |
| 48.    - Third Avenue Real Estate Value | A | Dividend | K | T | | | | | |
| 49.    - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | | | | | |
| 50.    - T Rowe Price Equity Income | A | Dividend | L | T | | | | | |
| 51.    - Touchstone Mid Cap Growth Cl A | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard GNMA | B | Dividend | L | T | | | | | |
| 53. - Pioneer Cullen Value Fund Cl A | A | Dividend | L | T | | | | | |
| 54. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 55. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 56. - IVA Worldwide Fund Cl A | A | Dividend | L | T | Buy | 09/04/09 | L | | |
| 57. | | | | | | | | | |
| 58. Qualified Plan #6 | | | | | | | | | |
| 59. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 60. - Hewitt, Cash Balance Plan | A | Interest | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. Qualified Plan #7 | | | | | | | | | |
| 63. - PIMCO Total Return Fund (Admin) | B | Dividend | L | T | | | | | |
| 64. - BGI Small Cap Domestic Equity Index | A | Dividend | K | T | | | | | |
| 65. - Marsico Focused Growth Portfolio | A | Dividend | L | T | | | | | |
| 66. - MFS Inst International Equity Fund | A | Dividend | L | T | | | | | |
| 67. | | | | | | | | | |
| 68. Qualified Plan #8 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - PIMCO Total Return Fund (Admin) | | None | L | T | | | | | |
| 70. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 71. - Dreyfus Premier High Income - Class I | B | Dividend | K | T | | | | | |
| 72. - Evergreen Intrinsic Value - Institutional shares | B | Dividend | L | T | | | | | |
| 73. - BGI Mid Cap Domestic Equity Index | B | Dividend | L | T | | | | | |
| 74. - GMO International Intrinsic Value - M Shares | B | Dividend | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. Brokerage Account #1 | | | | | | | | | |
| 77. - American Funds, Fundamental Investors | A | Dividend | K | T | | | | | |
| 78. - Federated Kaufmann Cl K | A | Dividend | K | T | | | | | |
| 79. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | | | | | |
| 80. - T Rowe Price Intl Disc | A | Dividend | K | T | | | | | |
| 81. - T Rowe Price Real est Fund | A | Dividend | K | T | | | | | |
| 82. - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 83. - Thornburg Inter Muni Class A | B | Interest | | | Sold | 11/05/09 | K | | |
| 84. - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 85. - Thornburg Value Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - Tweedy Browne Global Value | A | Dividend | K | T | | | | | |
| 87. - William Blair Int'l Growth Class | A | Dividend | K | T | | | | | |
| 88. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 89. - PIMCO Foreign Inst SHS | B | Dividend | K | T | | | | | |
| 90. - Thornburg Ltd Term Income | B | Dividend | K | T | | | | | |
| 91. - Prime Fund Capital Reserves | A | Dividend | J | T | | | | | |
| 92. - Columbia Marsico 21st Centruy Cl A | | None | K | T | | | | | |
| 93. - Franklin Federal Intr Term Tax Free A | A | Dividend | K | T | Buy | 11/05/09 | K | | |
| 94. | | | | | | | | | |
| 95. Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 96. Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. HSA #1 | | | | | | | | | |
| 99. - Dodge and Cox International | A | Dividend | J | T | | | | | |
| 100. - Artisan Small Cap | A | Dividend | J | T | | | | | |
| 101. - PFPC, Cash account | A | Interest | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, p. 1 - Qualified plans #1 and #2 were liquidated in full in 2008.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2010 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B. | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>5/3/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Suite 5260, US Post Office & Courthouse<br>Seventh Avenue & Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 10: 10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fischer, Nora B. | 5/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. 2009 | | Highmark Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Academy of Trial Lawyers of Allegheny County | 9/30/09 to 10/1/09 | Farmington, PA | Activity of professional assoc or civic organization | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American AMCAP Fund | A | Dividend | L | T | | | | | |
| 5. - American Europacific Growth | B | Dividend | L | T | | | | | |
| 6. - Dodge & Cox Stock | A | Dividend | L | T | | | | | |
| 7. - Federated Kaufman Small Cap Fund CL A | A | Dividend | L | T | | | | | |
| 8. - FPA New Income | B | Dividend | L | T | Buy (add'l) | 9/4/2009 | K | | |
| 9. - T Rowe Price International Bond | B | Dividend | K | T | | | | | |
| 10. - Prime Fund Cap Reserves | A | Interest | K | T | | | | | |
| 11. - Champlain Small Company Fund Adv Cl | A | Dividend | K | T | Sold (part) | 09/01/09 | L | | |
| 12. - Chesapeake Core Growth Fund | A | Dividend | L | T | | | | | |
| 13. - Eaton Vance Large-Cap Value Cl A | A | Dividend | L | T | | | | | |
| 14. - Forward Intern'l Small Co-Instit shs | A | Dividend | L | T | | | | | |
| 15. - Oakmark Internt'l Small Cap I | B | Dividend | L | T | | | | | |
| 16. - Pioneer Equity Income Cl A | B | Dividend | L | T | | | | | |
| 17. - SouthernSun Small-cap N/C | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 19.  - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 20.  - Virtus Foreign Opportunities Cl A | B | Dividend | L | T | | | | | |
| 21.  - Eaton Vance Floating Rate Advantage Adv | C | Dividend | L | T | | | | | |
| 22.  - Loomis Sayles Bond Retail Shares | B | Dividend | K | T | | | | | |
| 23.  - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 24.  - PIMCO Real Return Class A | B | Dividend | L | T | Buy (add'l) | 09/04/09 | K | | |
| 25.  - Vanguard Short Term Invmt Grade Investor | C | Dividend | L | T | | | | | |
| 26.  - Vanguard Short Term Federal | B | Dividend | L | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29.  Qualified Plan #4 | | | | | | | | | |
| 30.  - TIAA Traditional | D | Interest | M | T | Distributed (part) | 03/06/09 | K | | |
| 31.  - CREF Global Equities | A | Dividend | J | T | | | | | |
| 32.  - CREF Money Market | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34.  Qualified Plan #5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Causeway International | A | Dividend | L | T | | | | | |
| 36. - Federated US Govt Sec | B | Dividend | L | T | | | | | |
| 37. - PIMCO Low Duration | C | Dividend | L | T | | | | | |
| 38. - Federated FD US Govt Sec | A | Dividend | K | T | | | | | |
| 39. - PIMCO Total Return Cl A | C | Dividend | L | T | | | | | |
| 40. - PIMCO Foreign Bond | A | Dividend | J | T | | | | | |
| 41. - American Capital World Bond | B | Dividend | K | T | | | | | |
| 42. - Davis New York Venture | A | Dividend | L | T | | | | | |
| 43. - Artisan International | A | Dividend | L | T | | | | | |
| 44. - MFS International New Disc Cl A | A | Dividend | L | T | | | | | |
| 45. - Royce Microcap Investment Class | B | Dividend | M | T | | | | | |
| 46. - Fidelity, Prime Fund | A | Dividend | L | T | | | | | |
| 47. - Phoenix Real Estate Value | A | Dividend | K | T | | | | | |
| 48. - Third Avenue Real Estate Value | A | Dividend | K | T | | | | | |
| 49. - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | | | | | |
| 50. - T Rowe Price Equity Income | A | Dividend | L | T | | | | | |
| 51. - Touchstone Mid Cap Growth Cl A | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard GNMA | B | Dividend | L | T | | | | | |
| 53. - Pioneer Cullen Value Fund Cl A | A | Dividend | L | T | | | | | |
| 54. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 55. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 56. - IVA Worldwide Fund Cl A | A | Dividend | L | T | Buy | 09/04/09 | L | | |
| 57. | | | | | | | | | |
| 58. Qualified Plan #6 | | | | | | | | | |
| 59. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 60. - Hewitt, Cash Balance Plan | A | Interest | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. Qualified Plan #7 | | | | | | | | | |
| 63. - PIMCO Total Return Fund (Admin) | B | Dividend | L | T | | | | | |
| 64. - BGI Small Cap Domestic Equity Index | A | Dividend | K | T | | | | | |
| 65. - Marsico Focused Growth Portfolio | A | Dividend | L | T | | | | | |
| 66. - MFS Inst International Equity Fund | A | Dividend | L | T | | | | | |
| 67. | | | | | | | | | |
| 68. Qualified Plan #8 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - PIMCO Total Return Fund (Admin) | | None | L | T | | | | | |
| 70. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 71. - Dreyfus Premier High Income - Class I | B | Dividend | K | T | | | | | |
| 72. - Evergreen Intrinsic Value - Institutional shares | B | Dividend | L | T | | | | | |
| 73. - BGI Mid Cap Domestic Equity Index | B | Dividend | L | T | | | | | |
| 74. - GMO International Intrinsic Value - M Shares | B | Dividend | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. Brokerage Account #1 | | | | | | | | | |
| 77. - American Funds, Fundamental Investors | A | Dividend | K | T | | | | | |
| 78. - Federated Kaufmann Cl K | A | Dividend | K | T | | | | | |
| 79. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | | | | | |
| 80. - T Rowe Price Intl Disc | A | Dividend | K | T | | | | | |
| 81. - T Rowe Price Real est Fund | A | Dividend | K | T | | | | | |
| 82. - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 83. - Thornburg Inter Muni Class A | B | Interest | | | Sold | 11/05/09 | K | | |
| 84. - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 85. - Thornburg Value Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Tweedy Browne Global Value | A | Dividend | K | T | | | | | |
| 87. - William Blair Int'l Growth Class | A | Dividend | K | T | | | | | |
| 88. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 89. - PIMCO Foreign Inst SHS | B | Dividend | K | T | | | | | |
| 90. - Thornburg Ltd Term Income | B | Dividend | K | T | | | | | |
| 91. - Prime Fund Capital Reserves | A | Dividend | J | T | | | | | |
| 92. - Columbia Marsico 21st Centruy Cl A | | None | K | T | | | | | |
| 93. - Franklin Federal Intr Term Tax Free A | A | Dividend | K | T | Buy | 11/05/09 | K | | |
| 94. | | | | | | | | | |
| 95. Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 96. Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. HSA #1 | | | | | | | | | |
| 99. - Dodge and Cox International | A | Dividend | J | T | | | | | |
| 100. - Artisan Small Cap | A | Dividend | J | T | | | | | |
| 101. - PFPC, Cash account | A | Interest | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, p. 1 - Qualified plans #1 and #2 were liquidated in full in 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/3/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544